UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

| | |
|---|---|
| MATTHEW BETHEL | * |
| | *  CIVIL ACTION |
| PLAINTIFF | * |
| | *  NUMBER 3:08cv121-HTW-LRA |
| | * |
| VERSUS | * |
| | * |
| INSTITUTE FOR TECHNOLOGY | * |
| DEVELOPMENT, INC. AND | * |
| GEORGE MAY | * |
| | * |
| DEFENDANTS | * |

ORDER GRANTING MOTION TO TRANSFER

Upon Motion of Defendant [Docket 34] and for good cause shown, it is hereby ORDERED that this matter is transferred to the Southern Division of the United States District Court for the Southern District of Mississippi.

SO ORDERED, this the 16th day of October, 2008.

_____
U.S. MAGISTRATE JUDGE

Submitted by:

Susan Fahey Desmond (MSB# 5116)
Watkins, Ludlam, Winter & Stennis, P.A.
P.O. Box 160
Gulfport, Mississippi  39502
Telephone: 228-864-3094
Facsimile:  228-864-0516
sdesmond@watkinsludlam.com